1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | Case No. **2:09-cv-02689 FCD GGH** |
| Plaintiff, | STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 4, 2009 FOR DEFENDANT BLOCKBUSTER INC. TO RESPOND TO COMPLAINT |
| vs. | |
| XUE FENG KUANG, et. al., | |
| Defendants. | |

   Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Blockbuster Inc., by and through their respective attorneys of record, Scott N. Johnson; Nathan W. Fay, stipulate as follows:

///

///

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Blockbuster Inc. until November 23, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Blockbuster Inc. is granted an extension until December 4, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Blockbuster Inc.'s response will be due no later than December 4, 2009.

IT IS SO STIPULATED effective as of November 19, 2009

Dated:   November 19, 2009          /s/Nathan W. Fay____  ___
                                    Nathan W. Fay,
                                    Attorney for Defendant
                                    Blockbuster Inc.

Dated:   November 19, 2009          /s/Scott N. Johnson _____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendant Blockbuster Inc. shall have until December 4, 2009 to respond to complaint.

Dated: November 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2