SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>XUE FENG KUANG, et. al,<br><br>Defendants. | Case No.: CIV.S-09-02689-FCD-GGH<br><br>**STIPULATED DISMISSAL OF BLOCKBUSTER, INC., ALLAN MICHAEL ROSENBERG, and JOEY ELIZABETH ROSENBERG ONLY; ORDER**<br><br>Complaint Filed: SEPTEMBER 28, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Blockbuster, Inc.; Allan Michael Rosenberg; Joey Elizabeth Rosenberg) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Blockbuster, Inc.; Allan Michael Rosenberg; Joey Elizabeth Rosenberg) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: January 8, 2010                              /s/Scott N. Johnson_____
                                                                    SCOTT N. JOHNSON
                                                                    Attorney for Plaintiff

1

1  Dated: January 8, 2010                              /s/Robert F. Sinclair_____
2                                                      ROBERT F. SINCLAIR
                                                       Attorney for Defendants
3

4       **IT IS SO ORDERED**.

5

6  Dated: January 8, 2010         _____
7                                 FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28