SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>   vs.<br><br>Xue Feng Kuang, et al,<br><br>        Defendants | Case No.: CIV.S 09-cv-02689-FCD-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EDWARD S. FITCH**<br><br>Complaint Filed: SEPTEMBER 28, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Edward S. Fitch) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Edward S. Fitch) is dismissed because this Defendant is not a proper party to this action.

| | |
|---|---|
| Dated: January 21, 2010 | /s/Scott N. Johnson_____<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |
| Dated: January 28, 2010 | /s/Robert F. Sinclair_____<br>ROBERT F. SINCLAIR<br>Attorney for Defendants |

**IT IS SO ORDERED**.

Dated: January 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE