SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Xue Feng Kuang, et al,<br><br>　　　　Defendants | Case No.: CIV.S 09-cv-02689-FCD-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EDWARD S. FITCH**<br><br>Complaint Filed: SEPTEMBER 28, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

　　**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Edward S. Fitch) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Edward S. Fitch) is dismissed because this Defendant is not a proper party to this action.

1  Dated: January 21, 2010                    /s/Scott N. Johnson_____
                                              SCOTT N. JOHNSON
2                                             Attorney for Plaintiff

3

4  Dated:  January 28, 2010                   /s/Robert F. Sinclair_____
                                              ROBERT F. SINCLAIR
5                                             Attorney for Defendants

6

7  **IT IS SO ORDERED**.

8

9  Dated: January 29, 2010
                                              _____
10                                             FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         2
STIPULATION FOR DISMISSAL and Proposed ORDER
                                    CIV: S-09-02689-FCD-GGH